No. 92–6609. BOYER *v.* DECLUE ET AL., 508 U. S. 974; and

No. 93–6748. SCAIFE *v.* HANNIGAN, WARDEN, ET AL., *ante,* p. 1057. Motions for leave to file petitions for rehearing denied.